IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KENNETH TRIMBLE, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3116 |
| | ) | |
| V. | ) | |
| | ) | |
| BNSF RAILWAY CO., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Upon joint oral motion of the parties,

IT IS ORDERED that this matter is removed from the trial calendar. This matter is stayed. The pending motion for summary judgment will be held in abeyance pending further order. The parties are ordered to mediate this case. Upon completion of mediation, the parties are ordered to report to the undersigned.

DATED this 23rd day of March, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge